AO 442 (Rev. 11/11) Arrest Warrant

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

# UNITED STATES DISTRICT COURT
for the
District of Utah

JUN 03 2020

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:20-mj-00037-PK |
| CHARLES NELSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **CHARLES NELSON**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute

Date: 28 MAY 2020

*Issuing officer's signature*

City and state: St. George, Utah

U.S. Magistrate Judge Paul Kohler
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5-28-20, and the person was arrested on *(date)* 6-2-20
at *(city and state)* Diamond Valley, UT

Date: 6-3-20

*Arresting officer's signature*

Brad Cox, SA DEA
*Printed name and title*